O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2373 AHM (RZx) | Date | April 14, 2009 |
|---|---|---|---|
| Title | ASCANIO CARIMATI DI CARIMATE v. GINSGLOBAL INDEX FUNDS, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On April 6, 2009, Plaintiff Ascanio Carimati Di Carimate filed this Complaint against Defendants Ginsglobal Index Funds and Anthony Ginsberg. He alleges only state-law claims and contends that this Court has diversity jurisdiction because this is a civil action between the citizens of different states and the amount in controversy exceeds $75,000. Plaintiff alleges that he "is a citizen of the United States, with a principal residence in Milan, Italy."

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Sys., Inc.,* 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987). A federal court has original jurisdiction over a civil matter "where the matter in controversy exceeds the sum or value of $75,000, . . . and is between . . . citizens of different State." 28 U.S.C. § 1332(a).

To be a "citizen of a State," a person must be both a citizen of the United States and domiciled in one particular state. Schwarzer, et al., *Federal Civil Procedure Before Trial* § 2:240 (2006) (citing *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 828 (1989). "Thus, a U.S. citizen who lives abroad permanently (not domiciled in the U.S.) is not a 'citizen of a State' for diversity purposes. Such 'stateless citizens' cannot sue or be sued in federal court on the basis of diversity jurisdiction." *Id.*

/ / /

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2373 AHM (RZx) | Date | April 14, 2009 |
|---|---|---|---|
| Title | ASCANIO CARIMATI DI CARIMATE v. GINSGLOBAL INDEX FUNDS, et al. | | |

     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing by not later than April 27, 2009 why this action should not be dismissed for lack of jurisdiction. Failure to respond on or before that date will be construed as consent to remand.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | SMO |