O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-2373 AHM (RZx) | Date | April 27, 2009 |
|---|---|---|---|
| Title | ASCANIO CARIMATI DI CARIMATE v. GINSGLOBAL INDEX FUNDS, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

On April 14, 2009, this Court ordered Plaintiff Ascanio Carimati Di Carimate to show cause why this suit should not be dismissed for lack of diversity jurisdiction, given that the Complaint alleges that Plaintiff "is a citizen of the United States, with a principal residence in Milan, Italy." On April 24, 2009, Plaintiff filed a response and a declaration establishing that he is a citizen of New York State. The Court therefore DISCHARGES the April 14, 2009 order to show cause.[1]

There is, however, another defect in the Complaint: the failure to allege the citizenship of Defendant Anthony Ginsberg. The Complaint merely alleges that "Defendant Anthony Ginsberg . . . is an individual, who upon information and belief, resides, is employed, and/or does business in this judicial district." Nor is this defect cured in the proposed First Amended Complaint that Plaintiff lodged with his response. *See* Exh. A, ¶ 4.

Plaintiff is therefore ORDERED to show cause in writing by not later than **May 6, 2009**, why this case should not be dismissed for lack of diversity jurisdiction. Failure to respond on or before that date will be construed as consent to dismissal.

|  | : |
|---|---|
| Initials of Preparer | se |

---

[1] Docket No. 5.