O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-2373 AHM (RZx) | Date | May 11, 2009 |
|---|---|---|---|
| Title | ASCANIO CARIMATI DI CARIMATE v. GINSGLOBAL INDEX FUNDS, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

For good cause shown, the Court discharges its April 27, 2009 Order to Show Cause regarding the citizenship of Defendant Anthony Ginsberg.[1]

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 7.